# ALABAMA COURT OF CRIMINAL APPEALS



November 8, 2024

**CR-2023-0521**
Kendall W. Siniard v. City of Huntsville (Appeal from Madison Circuit Court: CC-23-566)

## <u>NOTICE</u>

You are hereby notified that on November 8, 2024, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk